**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ANNASTAHIA A. JACKSON, | : | No. 21 WM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ISAIAH T. JACKSON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2024, the Application for Appointment of Counsel and the Motions for Leave to Amend are DENIED.